# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 11−31038−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tony Randall Fincham Sr.
946 Swan Lane
Ruther Glen, VA 22546

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
Debtor: xxx−xx−4494

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

# DISCHARGE OF DEBTOR AFTER COMPLETION
# OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Tony Randall Fincham Sr. is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: May 12, 2015                                                      William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Eastern District of Virginia
In re:                                                                Case No. 11-31038-KRH
Tony Randall Fincham, Sr.                                             Chapter 13
       Debtor                          CERTIFICATE OF NOTICE
District/off: 0422-7         User: smithla                Page 1 of 2             Date Rcvd: May 12, 2015
                             Form ID: B18W                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2015.
db            +Tony Randall Fincham, Sr.,    946 Swan Lane,   Ruther Glen, VA 22546-1214
cr            +PNC MORTGAGE a division of PNC Bank N.A,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
10297716       BB&T Bankruptcy,    PO Box 1847 Wilson NC 27894
10260584       Caroline Co. Fire-Rescue,    PO Box 8488,   Virginia Beach, VA 23450-8488
10260585      +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
10260586      +Commonwealth Sleep Center,    1420 Mayhurst Blvd,    Mc Lean, VA 22102-2235
10260587      +Dominion Law Associates,    222 Central Park Ave, Ste 210,    Virginia Beach, VA 23462-3024
10260590     #+Eyad Abu-Hamda,    8301 Arlington Blvd,   Ste T5,   Fairfax, VA 22031-2904
10260592       Fredericksburg Hospitalist Grp,    PO Box 824153,   Philadelphia, PA 19182-4153
10260597       Home Choice Partners,    PO Box 79974,   Baltimore, MD 21279-0974
10339656       LAKE LAND'OR PROPERTY OWNERS,    ASSOCIATION, INC.,    319 LAND'OR DRIVE,
                RUTHER GLEN, VA    22546
10260600       Lake Land'Or POA,    319 Land'Or Drive,    Ruther Glen, VA 22546-0000
10260601      +Manassas Surgery Center Anesth,    10 Commerce Dr,    New Rochelle, NY 10801-5253
10260602      +Mary Washington Healthcare Phy,    PO Box 845,   Fredericksburg, VA 22404-0845
10260603      +Mary Washington Hospital,    2300 Fall Hill #313,   Fredericksburg, VA 22401-3343
10260604      +NCB Management Services Inc,    PO Box 1099,   Langhorne, PA 19047-6099
10515086      +PNC Mortgage,,   a division of PNC Bank,,    National Association,    3232 NEWMARK DRIVE,
                MIAMISBURG, OH 45342-5421
10260606      +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
10260607       Pulmonary Assoc of Fredericksb,    521 Park Hill Dr,    Fredericksburg, VA 22401-3377
10260610      +TrueGreen,    attn: Accounts Receivable,    7109 Rainwater Place, Ste F,    Lorton, VA 22079-1521
10260611      +United Collection Bureau,    5620 Southwyck Blvd,    Ste 206,   Toledo, OH 43614-1501
10260613       Virginia Cardiovascular Consul,    PO Box 10190,   Virginia Beach, VA 23450-0190
10260614       Virginia Emer Phys LLP,    75 Remittance drive, Ste 1151,    Chicago, IL 60675-1151
10260615      +William F Enos, MD,    9834 Business Way,   Manassas, VA 20110-4151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: AIS.COM May 13 2015 02:19:00      Midland Funding LLC by American InfoSource LP as a,
                PO Box 4457,   Houston, TX 77210-4457
cr            +EDI: RESURGENT.COM May 13 2015 02:19:00       SPOTSYLVANIA REGIONAL MED,
                c/o Resurgent Capital Services, PO Box 1,    Greenville, SC 29602-0001
10260578       EDI: HFC.COM May 13 2015 02:19:00      American Dreamcard,    PO Box 17313,
                Baltimore, MD 21297-1313
10380372      +EDI: OPHSUBSID.COM May 13 2015 02:18:00      BACK BOWL I LLC,   C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
10260580       E-mail/Text: bankruptcy@bbandt.com May 13 2015 02:28:08       Bb&t,   Po Box 1847,
                Wilson, NC 27894-0000
10260579      +EDI: TSYS2.COM May 13 2015 02:18:00      Barclays Bank Delaware,    Attn: Customer Support Dept,
                Po Box 8833,   Wilmington, DE 19899-8833
10260581      +EDI: STFC.COM May 13 2015 02:19:00      Cach Llc,   Attn: Bankruptcy Dept,
                4340 S Monaco St, 2nd Fl,    Denver, CO 80237-3485
10260582      +E-mail/Text: bankruptcy@cavps.com May 13 2015 02:28:48       Calvary Portfolio Services,
                Attn: Bankruptcy Dept,    Po Box 1017,   Hawthorne, NY 10532-7504
10260583      +E-mail/Text: cms-bk@cms-collect.com May 13 2015 02:28:16       Capital Management Svcs,
                726 Exchange St,   Suite 700,    Buffalo, NY 14210-1464
10260589       E-mail/Text: bknotice@erccollections.com May 13 2015 02:28:31       Enhanced Recovery Corporation,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
10260591      +EDI: FSAE.COM May 13 2015 02:19:00      Firstsource Advantage,    205 Bryant Woods South,
                Buffalo, NY 14228-3609
10260594       EDI: RMSC.COM May 13 2015 02:19:00      GE Money Bank,    PO Box 960061,   Orlando, FL 32896-0061
10260593       EDI: RMSC.COM May 13 2015 02:19:00      GE Money Bank,    PO Box 981127,   El Paso, TX 79998-1127
10260595      +EDI: RMSC.COM May 13 2015 02:19:00      Gemb/dsgi,   P.O. Box 981400,    El Paso, TX 79998-1400
10260598      +EDI: HFC.COM May 13 2015 02:19:00      HSBC Card Services,    PO Box 80084,
                Salinas, CA 93912-0084
10260596      +EDI: HFC.COM May 13 2015 02:19:00      Hfc - Usa,   Po Box 3425,    Buffalo, NY 14240-3425
10260599       EDI: IIC9.COM May 13 2015 02:18:00      IC System,    444 Highway 96 East,   PO Box 64886,
                Saint Paul, MN 55164-0886
11542680       EDI: AIS.COM May 13 2015 02:19:00      Midland Funding LLC,    by American InfoSource LP as agent,
                PO Box 4457,   Houston, TX 77210-4457
10260605      +E-mail/Text: bankruptcydepartment@ncogroup.com May 13 2015 02:28:41       Nco Fin/38,    Pob 15393,
                Wilmington, DE 19850-5393
10387005       EDI: PRA.COM May 13 2015 02:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
10513611       EDI: RECOVERYCORP.COM May 13 2015 02:18:00       Portfolio Investments I LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
10312838      +EDI: RESURGENT.COM May 13 2015 02:19:00       SPOTSYLVANIA REGIONAL MED,
                C/O RESURGENT CAPITAL SERVICES,    PO BOX 1927,   GREENVILLE,   SC 29602-1927
10260608       EDI: HCA2.COM May 13 2015 02:18:00      Spotsylvania Regional Med Cntr,    PO Box 740760,
                Cincinnati, OH 45274-0760
10260612       EDI: TSYS2.COM May 13 2015 02:18:00      US Airways Dividend Miles,    PO Box 8802,
                Wilmington, DE 19899-8802
                                                                                              TOTAL: 24
```

```
District/off: 0422-7           User: smithla                Page 2 of 2                   Date Rcvd: May 12, 2015
                               Form ID: B18W                Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10260588        ##Encore,    400 N Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
10260609        ##+Transworld Systems Inc,    PO Box 12103,    Trenton, NJ 08650-2103
                                                                                          TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2015 at the address(es) listed below:
              Richard James Oulton    on behalf of Debtor Tony Randall Fincham, Sr. 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;sean.c13alg@gmail.com;scgattorney@gmail.com
              Suzanne E. Wade    station08@ricva.net,   ecfsummary@ricva.net
                                                                                             TOTAL: 2
```